# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GEORGE GEHRON ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CHRISTIANA TRUST ET AL.,<br><br>    Defendants. | Case No.<br>EDCV 15-00058 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed concurrently herewith, it is ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is GRANTED.  Plaintiffs' First Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

   IT IS SO ORDERED.

Dated: April 7, 2016

THE HONORABLE JESUS G. BERNAL
United States District Judge